UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:17-CR-111-2-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ADRIAN RASHAUN ANDERSON | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law (D.E. 210) filed on January 2, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law (D.E. 210) be sealed.

This 3rd day of January 2018.

_____
THE HONORABLE MALCOLM J. HOWARD
Senior United States District Court Judge